The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLAGUE POPPETS, LLC, a Washington limited liability company,<br><br>         Plaintiff,<br><br>   v.<br><br>CONTEND, LLC, a Delaware limited liability company,<br><br>         Defendant. | NO. 2:23-cv-01602-RAJ<br><br>STIPULATION AND ORDER TO REMAND REMOVED ACTION |

Plaintiff Plague Poppets, LLC and Defendant Contend, LLC stipulate as follows:

1. On July 27, 2023, Plaintiff commenced an action in the Superior Court of the State of Washington for King County, entitled Plague Poppets, LLC, a Washington limited liability company, Plaintiff vs. Contend, LLC, a Delaware limited liability company, Defendant, as Case Number 23-2-13802-3 SEA (the "Action").

2. Service of process was completed on September 13, 2023, by personal service of the Complaint, Summons, Case Information Cover Sheet and Area Designation, and Order Setting Civil Case Schedule on Contend, LLC c/o its registered agent, Neal Marks, at its registered office address in California. Proof of service was provided by affidavit of the process server.

STIPULATION AND ORDER TO
REMAND REMOVED ACTION – 1

bracepoint
law, p.s.
2775 Harbor Avenue SW, Suite D
Seattle, WA 98126-2138
Tel (206) 212-0032
Fax (206) 770-6548

3. On October 18, 2023, Defendant filed a Notice of Removal of the Action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, with the United States District Court for the Western District of Washington.

4. On October 19, 2023, Defendant completed the removal process by filing a conformed copy of the Notice of Removal with the King County Superior Court.

5. After discussion, the Parties have agreed that because the removal was over 30 days after the date of service upon Defendant, the Action should be remanded to the King County Superior Court, State of Washington. To that end, the Parties hereby stipulate that the Action be remanded to King County Superior Court.

6. The Parties further stipulate that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: November 3, 2023.                    BRACEPOINT LAW, P.S

By: s/ Steven W. Edmiston
    Steven W. Edmiston, WSBA No. 17136

By: s/ Mark V. Jordan
    Mark V. Jordan, WSBA No. 18461

2775 Harbor Avenue SW, Suite D
Seattle, WA 98126
Tele: 206.212.0032
Fax: 206.770-6548
E-mail: steve@bracepointlaw.com
E-mail: mjordan@bracepointlaw.com
Attorneys for Plaintiff Plague Poppets, LLC



1  DATED: November 3, 2023.        DAVIS WRIGHT TREMAINE LLP
                                    Attorneys for Contend, LLC

                                    By: s/ Lauren B. Rainwater
                                        Lauren B. Rainwater, WSBA No. 43625

                                    By: s/ MaryAnn Almeida
                                        MaryAnn Almeida, WSBA No. 49086

                                    By: s/ Francesca Reifer
                                        Francesca Reifer, WSBA No. 54450

                                        920 Fifth Avenue, Suite 3300
                                        Seattle, WA 98104-1610
                                        Tele: 206-757-8119
                                        Fax: 206-757-7016
                                        E-mail: laurenrainwater@dwt.com
                                        E-mail: maryannalmeida@dwt.com
                                        E-mail: francescareifer@dwt.com

STIPULATION AND ORDER TO
REMAND REMOVED ACTION – 3



2775 Harbor Avenue SW, Suite D
Seattle, WA 98126-2138
Tel (206) 212-0032
Fax (206) 770-6548

# ORDER

On November 3, 2023, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. Western District of Washington case number 2:23-cv-01602-RAJ, styled Plague Poppets, LLC v. Contend, LLC, is hereby remanded to King County Superior Court, State of Washington; and

3. Each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

IT IS SO ORDERED.

DATED this 6th day of November, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

